IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
- 8 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**DANIEL CURTIS BARNES,**

    Plaintiff,

v.                                                     Civil Action No. **3:07CV195**

**BASKERVILLE CORRECTIONAL
CENTER MEDICAL STAFF,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 27, 2007, the Court informed Plaintiff that he must advise the Court in the event that he is transferred, released, or otherwise relocated while the action is pending. The Court further warned Plaintiff that the failure to keep the Court apprised of his current address might result in the dismissal of the action. On July 11, 2008, mail that the Court had sent to Plaintiff was returned by the United States Postal Service marked, "RETURN TO SENDER," "NO Longer here" and "Gone." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: OCT 0 8 2008
Richmond, Virginia

                                                /s/
                                  Richard L. Williams
                                  United States District Judge